■ In the Matter of ERIK BRADFORD STOCKER, Petitioner, v JOHN E.H. STACKHOUSE, Respondent. [782 NYS2d 640]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. Respondent's order dated September 21, 2004, issued "[u]pon reflection" of a letter dated July 20, 2004, effectively vacates the order issued July 26, 2004, and we therefore deem it vacated nunc pro tunc. No opinion. Concur—Buckley, P.J., Mazzarelli, Andrias, Marlow and Catterson, JJ.